FEB 02 2021

AO 241
(Rev. 01/15)

INMATE INITIALS _*CR* _

INMATE INITIALS *CR*



Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | | District: Middle |
|---|---|---|
| **Name** (under which you were convicted): <br> Curtis Lee Rogers | | Docket or Case No.: |
| **Place of Confinement** : Northwest Florida Reception Center <br> Chipley, Florida 32428 | | **Prisoner No.:** <br> 288119 |
| **Petitioner** (include the name under which you were convicted) <br> Curtis Lee Rogers | v. | **Respondent** (authorized person having custody of petitioner) <br> Secretary, Florida Department of Corrections. |
| The Attorney General of the State of: Florida | | |

2021 FEB -9 PM 2:15

U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

FILED

## PETITION

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

Seventh Judicial Circuit in and for Volusia County, Florida

(b) Criminal docket or case number (if you know): 2016-303204-CFDB

2.    (a) Date of the judgment of conviction (if you know): July 24, 2017

(b) Date of sentencing: September 1, 2017

3.    Length of sentence: Ct 1, Life, Ct 2, 15 years and Ct 3, 5 years (PRR).

4.    In this case, were you convicted on more than one count or of more than one crime? ☑ Yes   ☐ No

5.    Identify all crimes of which you were convicted and sentenced in this case: Count one, Robbery With a Deadly Weapon; Count two, Aggravated Battery With a Deadly Weapon Causing Great Bodily Harm; And Attempted Manslaughter.

6.    (a) What was your plea? (Check one)

       ☑ (1)   Not guilty     ☐ (3)   Nolo contendere (no contest)

       ☐ (2)   Guilty        ☐ (4)   Insanity plea

AO 241
(Rev. 01/15)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  ___Not Applicable___

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury      ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes      ☑ No

8.    Did you appeal from the judgment of conviction?

☑ Yes      ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:  ___Fifth District Court of Appeals___

(b) Docket or case number (if you know):  ___5D17-2975___

(c) Result:  ___Reversed Conviction and Remanded w/ instructions.___

(d) Date of result (if you know):  ___September 14, 2018___

(e) Citation to the case (if you know):  ___5___

(f) Grounds raised:  ___"Trial Court failed to conduct a Competency___
___hearing."___

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?      ☐ Yes      ☑ No

If yes, answer the following:

(1) Name of court:  ___Not Applicable___

(2) Docket or case number (if you know):  ___Not Applicable___

(3) Result:  ___Not Applicable___

(4) Date of result (if you know):  ___Not Applicable___

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _Not Applicable_

(6) Grounds raised: _Not Applicable_

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _Not Applicable_

(2) Result: _Not Applicable_

_____

(3) Date of result (if you know): _Not Applicable_

(4) Citation to the case (if you know): _____

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☑ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: _Not Applicable_

(2) Docket or case number (if you know): _Not Applicable_

(3) Date of filing (if you know): _Not Applicable_

(4) Nature of the proceeding: _Not Applicable_

(5) Grounds raised: _Not Applicable_

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _Not Applicable_

(8) Date of result (if you know): _Not Applicable_

AO 241
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _Not Applicable_

(2) Docket or case number (if you know): _Not Applicable_

(3) Date of filing (if you know): _Not Applicable_

(4) Nature of the proceeding: _Not Applicable_

(5) Grounds raised: _Not Applicable_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes        ☑ No

(7) Result: _Not Applicable_

(8) Date of result (if you know): _Not Applicable_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _Not Applicable_

(2) Docket or case number (if you know): _Not Applicable_

(3) Date of filing (if you know): _Not Applicable_

(4) Nature of the proceeding: _Not Applicable_

(5) Grounds raised: _Not Applicable_

AO 241
(Rev 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _____ Not Applicable _____

(8) Date of result (if you know): _____ Not Applicable _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☑ Yes   ☐ No

(2) Second petition:   ☐ Yes   ☑ No

(3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ Not Applicable. _____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: The Trial Court Erred, on Remand, in determining Petitioner Competence, Nure pro-nenc, At trial and Sentencing.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On Remand, (May 2, 2019), the trial Court utilizing a (2016-2017) evaluation determined Petitioner was Competent to proceed, At the time of trial and Sentencing, more than two year prior. Although, After the evidentiary hearing in (2019) Counsel had Submitted A "Confidential Psychological Report" by Dr. Lisa. B. Porash, Psy, D., Submitting her findings that the Petitioner's Competence to proceed to trial and Sentencing. See: Page 6A

(b) If you did not exhaust your state remedies on Ground One, explain why:   Not Applicable.

Page 6A

Was questionable which (the Report) was absent any type of professional opinion (without further testing) opinion as Dr. Potash did *not* testify at the 2019 evidentiary hearing.

The trial court completely rejected Dr. Potash's suggestion that petitioner's competence, at trial or even sentencing "was questionable"! Thus, relying on an evaluation from (2) years prior. This is error and has denied petitioner his Constitutional Right *not* to be tried while incompetent.

What was *not* questioned or evaluated, was possible "organic" injury's either caused by or a contributor to the head injury, at the hands of law enforcement, during his arrest in this cause of action.

The trial court was fully aware of petitioner's physical limitations (at trial) rejecting a judgement of acquittal as (testimonial) but failed to inquire further into the possibility of serious head trauma (neuro-psychological damage, as stated before, either caused by or contributing to existing head trauma.

Further testing would have been required, possible hospitalization, for evaluation/determinations of any organic injury (existing) which causes confusion, acting without regard for the consequences, behavior changes, withdrawal from society and using dangerous drugs.

These symptoms could only be contributing factors for further "testing" for possible (ADHD) attention deficit hyperactivity disorder; Anti-Social behavior, and a dual diagnosis or self medicating which would obviously make symptoms of mental health conditions worse!   See page 6B.

Page 6B

These Symptoms Petitioner has/is experiencing Are
Common (high Risk) factors in diagnosing men who
have physical illnesses And of a Lower Socio-economic
Status With organic brain damage Requiring
Hospitalization, testing (Neuropsychological) inpatient
And outpatient treatments And medication to
Control the mental health issues.
   Therefore, had the trial Court inquired further,
Petitioner would have been evaluated for the Above-
Stated mental health issues to come to a proper
Conclusion as to Competence.
   This Cause Required Reversal for further
testing And evaluations by Competent (Neuro)
Psychological determinations.

' Petitioner has only a Sixth (6th) grade education.

AO 241
(Rev. 01/15)

Page 7

(c)       **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☑ Yes        ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:        Not Applicable

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes        ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:        Not Applicable

Name and location of the court where the motion or petition was filed:        Not Applicable

Docket or case number (if you know):        Not Applicable

Date of the court's decision:        Not Applicable

Result (attach a copy of the court's opinion or order, if available):        Not Applicable

(3) Did you receive a hearing on your motion or petition?        ☐ Yes        ☑ No

(4) Did you appeal from the denial of your motion or petition?        ☐ Yes        ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?        ☐ Yes        ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:        Not Applicable

Docket or case number (if you know):        Not Applicable

Date of the court's decision:        Not Applicable

Result (attach a copy of the court's opinion or order, if available):        Not Applicable

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Not Applicable

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _Not Applicable_

**GROUND TWO:** _Not Applicable_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _Not Applicable_

(b) If you did not exhaust your state remedies on Ground Two, explain why: _Not Applicable_

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _Not Applicable_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Not Applicable_

Name and location of the court where the motion or petition was filed: _Not Applicable_

Docket or case number (if you know): _Not Applicable_

Date of the court's decision: _Not Applicable_

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available):   _Not Applicable_

(3) Did you receive a hearing on your motion or petition?                          ☐   Yes      ☑ No

(4) Did you appeal from the denial of your motion or petition?                     ☐   Yes      ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐   Yes      ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   _Not Applicable_

Docket or case number (if you know):   _Not Applicable_

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):   _Not Applicable_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_Not Applicable_

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Two :   _Not Applicable_

**GROUND THREE:**   _Not Applicable_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Not Applicable_

AO 241
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _Not Applicable_

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _Not Applicable_

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Not Applicable_

Name and location of the court where the motion or petition was filed: _Not Applicable_

Docket or case number (if you know): _Not Applicable_

Date of the court's decision: _Not Applicable_

Result (attach a copy of the court's opinion or order, if available): _Not Applicable_

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☑ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Not Applicable_

Docket or case number (if you know): _Not Applicable_

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): _Not Applicable_

AO 241
(Rev. 01/15)                                                                                              Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_Not Applicable_

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:     _Not Applicable_

**GROUND FOUR:**     _Not Applicable_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Not Applicable_

(b) If you did not exhaust your state remedies on Ground Four, explain why:     _Not Applicable_

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐   Yes      ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:     _Not Applicable_

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes      ☑  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     _Not Applicable_

AO 241
(Rev. 01/15)

Page 12

Name and location of the court where the motion or petition was filed:   Not Applicable

Docket or case number (if you know):   Not Applicable

Date of the court's decision:   Not Applicable

Result (attach a copy of the court's opinion or order, if available):   Not Applicable

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Not Applicable

Docket or case number (if you know):   Not Applicable

Date of the court's decision:   Not Applicable

Result (attach a copy of the court's opinion or order, if available):   Not Applicable

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Not Applicable

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:   Not Applicable

AO 241
(Rev. 01/15)                                                                                                  Page 13

13.     Please answer these additional questions about the petition you are filing:

    (a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?     ☑ Yes     ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them:        Not Applicable

    (b)     Is there any ground in this petition that has not been presented in some state or federal court? If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

        Not Applicable.

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?     ☐ Yes     ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

    of any court opinion or order, if available.     Not Applicable

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?     ☐ Yes     ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised.        Not Applicable

AO 241
(Rev. 01/15)

Page 14

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:    Shaw Ashely, APD Daytona Beach Florida.

(b) At arraignment and plea:    Same as Above

(c) At trial:    Same as Above

(d) At sentencing:    Same as Above

(e) On appeal:    Assistant Public Defender, Appellate Division, Daytona Beach Florida.

(f) In any post-conviction proceeding:    Not Applicable

(g) On appeal from any ruling against you in a post-conviction proceeding:    Not Applicable

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

Not Applicable

(b) Give the date the other sentence was imposed:    Not Applicable

(c) Give the length of the other sentence:    Not Applicable

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☑ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

This petition is Timely filed

AO 241
(Rev. 01/15)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

Page 16

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Remand for further Evaluation and New-Examination*

or any other relief to which petitioner may be entitled.

x ___Not Applicable - Prose___
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  a ___1/·/21___ (month, date, year).

Executed (signed) on  x ___1/·/21___ (date).

x ___Curtis L. Rogers___
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.