UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CURTIS LEE ROGERS,

    Petitioner,

v.                                    Case No: 6:21-cv-275-Orl- GKS-GJK

SECRETARY, DEPARTMENT OF
CORRECTIONS, and ATTORNEY
GENERAL, STATE OF FLORIDA,

    Respondents.
_____/

## ORDER

This cause is before the Court upon *sua sponte* review of the file. On March 10, 2021, the Court entered an Order (Doc. 6) requiring Petitioner to file an affidavit of indigency or to pay the filing fee within fourteen days from the date of the Order. Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.     This case is **DISMISSED without prejudice.**

2.  The Clerk of the Court is directed to close this case.

**DONE and ORDERED** in Orlando, Florida on March 1, 2021.

	G. KENDALL SHARP
	UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party